No. 00–1583. KAHN v. DEAN & FULKERSON P. C. ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1592. BALTIMORE SCRAP CORP. v. DAVID J. JOSEPH CO., T/A UNITED IRON & METAL CO., ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1593. TURNER ET AL. v. WORRELL. C. A. 10th Cir. Certiorari denied.

No. 00–1596. BOARD OF EDUCATION OF THE SAN JUAN SCHOOL DISTRICT v. SINAJINI ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–1601. BELDEN v. BOARD OF DIRECTORS OF THE COUNCIL OF UNIT OWNERS OF ISLAND PARK ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 00–1606. CHANDLER, FATHER AND NEXT FRIEND OF CHANDLER v. SIEGELMAN, GOVERNOR OF ALABAMA AND PRESIDENT OF ALABAMA STATE BOARD OF EDUCATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1616. CAMPAIGN FOR RATEPAYERS RIGHTS ET AL. v. PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE ET AL. Sup. Ct. N. H. Certiorari denied.

No. 00–1622. EMERY v. CITY OF TOLEDO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 00–1624. HCMF CORP. ET AL. v. ALLEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1640. MAREKH v. EQUIFAX CREDIT INFORMATION SERVICES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1659. ALLISON ET UX. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1678. HAMILTON v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–1684. AHMED v. PARADISE LAKES COUNTRY CLUB ET AL. C. A. 9th Cir. Certiorari denied.